# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17CR121 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JASON ALEXANDER BIGLER, | : | |
| Defendant. | : | |

## ORDER AMENDING FINAL ORDER OF FORFEITURE

Upon the Motion of the United States of America to Amend the Final Order of Forfeiture (Doc. 37),

IT IS HEREBY ORDERED that:

1. The Final Order of Forfeiture is hereby amended to delete the forfeiture of the Lenovo Think Pad laptop, Type 7443-CTR, SN: L3-A0506 to the United States. The Lenovo Think Pad was returned to Defendant's parents Don and Louis Bigler on January 23, 2018.

2. All other terms of the Final Order of Forfeiture entered on August 2, 2018, Doc. 36, remain unchanged.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

Dated: December 14, 2018         *s/Thomas M. Rose
                                                                       _____
                                                                        THOMAS M. ROSE
                                                                        UNITED STATES DISTRICT JUDGE